442 A.2d 353

Commonwealth v. Williams, Appellant.

Submitted November 5, 1981. Robert S. Gownley, Jr., Assistant Public Defender, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and LIPEZ, JJ.

Judgment of sentence affirmed.